I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7/12/11

DEPUTY CLERK



FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JUL 12 2011
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBIAS WHITE, <br> Petitioner, <br> vs. <br> M. McDONALD, Warden, <br> Respondent. | Case No. CV 10-7917-JST (RNB) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed by petitioner, and the Court has made a de novo determination of those portions of the Report and Recommendation to which objections have been made.

In his objections, petitioner contends, with respect to each of his four grounds for relief, that he is entitled to an evidentiary hearing. However, in Cullen v. Pinholster, - U.S. -, 131 S. Ct. 1388, 1398-1401 (2011), the Supreme Court recently held that, for claims adjudicated on the merits in state court, the AEDPA requires federal habeas courts to evaluate the reasonableness of state court decisions on the basis of the record before the state court. Under Pinholster, a federal habeas court may not consider new evidence on such claims unless both the standard set forth in

1

28 U.S.C. § 2254(d) and the standard set forth in § 2254(e)(2) are satisfied. See id. Here, all four grounds for relief alleged by petitioner were adjudicated on the merits by the California Supreme Court. Moreover, the Court concurs with and accepts the findings of the Magistrate Judge that the standard set forth in § 2254(d) was not met with respect to any of those grounds for relief.

The Court therefore also concurs with and accepts the recommendations of the Magistrate Judge that petitioner's request for an evidentiary hearing be denied; and that Judgment be entered denying the Petition and dismissing this action with prejudice.

IT IS SO ORDERED.

DATED: 7·06·11

JOSEPHINE S. TUCKER
UNITED STATES DISTRICT JUDGE